IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/16/17 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JONATHAN I. MUNN
CHRISTY L. CIBRONE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-21233

Chapter 13

Related to Dkt. No. 77

ORDER OF COURT

    AND NOW, this ___16th___ day of ___August___, 2017_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:  Ronda J. Winnecour, Esq.

DEFAULT ENTRY

Dated: August 16, 2017

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan I. Munn  
Christy L. Cibrone  
    Debtors

Case No. 12-21233-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 2    Date Rcvd: Aug 16, 2017  
                      Form ID: pdf900    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
```
db/jdb         +Jonathan I. Munn,    Christy L. Cibrone,    2935 Pioneer Avenue,    Pittsburgh, PA 15226-2037
cr              CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13370236      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Dr 11th Floor,
                 Columbus OH 43215)
13320748        CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
13423480        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13358706       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13320750       +Mason Shoe Company,    1515 S. 21st Street,    Clinton, IA 52732-6676
13320751       +Michael A LeDonne DDS,    c/o IC Systems Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
14196764       +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13408396       +Nationwide Credit Service LLC,    P.O. Box 1787,    Longview WA 98632-8107
13320753        South Hills Orthopaedic,    509 Mongahela Building,    Morgantown, WV 26507
13810063        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
13369640        US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                 Greenville, TX 75403-5609
13320755        Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
13372978        Wells Fargo Bank, N.A.,,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13693194        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2017 01:49:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13374000        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2017 01:50:04
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
13380070       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 17 2017 01:44:48     Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13444312        E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 01:49:26     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13320749       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 01:49:00     GECRB/Sams Club,
                 P.O. Box 981400,    El Paso, TX 79998-1400
13416098        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2017 01:49:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13344448       +E-mail/Text: bknotice@ncmllc.com Aug 17 2017 01:44:09     National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13320752       +E-mail/PDF: cbp@onemainfinancial.com Aug 17 2017 01:49:24     One Main Financial,
                 3613 Library Road,    Pittsburgh, PA 15234-2269
13329789        E-mail/Text: ebn@vativrecovery.com Aug 17 2017 01:43:07     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13444313        E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2017 01:49:03
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                                TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*            +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13320754      ##+U.S. Department of Education,    PO Box 5202,    Greenville, TX 75403-5202
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: gamr                  Page 2 of 2                   Date Rcvd: Aug 16, 2017
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Joint Debtor Christy L. Cibrone julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Kenneth  Steidl    on behalf of Debtor Jonathan I. Munn julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```